| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| MIDDLE DISTRICT OF FLORIDA |
| Case number *(if known)* _____  Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **MAC MAR, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA My Affordable Roof** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-2787225** |
| 4. | **Debtor's address** | **Principal place of business** **1585 Kennesaw Drive** **Clermont, FL 34711** Number, Street, City, State & ZIP Code **Lake** County | **Mailing address, if different from principal place of business** **2975 Horseshoe Drive South, Unit 400** **Naples, FL 34104** P.O. Box, Number, Street, City, State & ZIP Code **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Debtor  **MAC MAR, LLC**  Case number (*if known*) _____
       Name

**7. Describe debtor's business**

A. *Check one:*
☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*
☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:
  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Debtor **MAC MAR, LLC**　　　　　　　　　　　　　　　　　　Case number (*if known*)
　　　　Name

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)
  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
  - ☐ It needs to be physically secured or protected from the weather.
  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - ☐ Other _____

  **Where is the property?** _____
  　　　　　　　　　　　　　Number, Street, City, State & ZIP Code

  **Is the property insured?**
  - ☐ No
  - ☐ Yes.  Insurance agency _____
  　　　　　Contact name _____
  　　　　　Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **MAC MAR, LLC**
         Name

Case number (*if known*)

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 4, 2019**
              MM / DD / YYYY

X **/s/ Chris Dutruch**
Signature of authorized representative of debtor

**Chris Dutruch**
Printed name

Title **Member**

**18. Signature of attorney**

X **/s/ Michael R. Dal Lago**
Signature of attorney for debtor

Date **August 4, 2019**
     MM / DD / YYYY

**Michael R. Dal Lago 0102185**
Printed name

**Dal Lago Law**
Firm name

**999 Vanderbilt Beach Road
Suite 200
Naples, FL 34108**
Number, Street, City, State & ZIP Code

Contact phone **239.571.6877**   Email address **mike@dallagolaw.com**

**0102185 FL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **MAC MAR, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **August 4, 2019**    X **/s/ Chris Dutruch**
                                                          Signature of individual signing on behalf of debtor

                                                          **Chris Dutruch**
                                                          Printed name

                                                          **Member**
                                                          Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **MAC MAR, LLC**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| A.C.E.S. c/o Adam Escobar 4635 14th Street SW Lehigh Acres, FL 33973 | | Trade debt | | | | $199,394.88 |
| Addy Source 101 Chase Ave Suite 101 Lakewood, NJ 08701 | | | | $136,834.33 | $0.00 | $136,834.33 |
| Amanda Lairsey, LLC 725 Cool Springs Blvd Suite 600 Franklin, TN 37067 | | Loan from Amanda Lairsey LLC | | | | $325,113.12 |
| Amercian Express Platinum 20500 Belshaw Ave Carson, CA 90746 | | Trade debt, Amanda Lairsey's business credit card | | | | $258,960.67 |
| American Express Business PO Box 650448 Dallas, TX 75265-0448 | | Trade debt, MAC MAR, LLC's business credit card | | | | $102,893.03 |
| Bank of America PO Box 15019 Wilmington, DE 19850 | | Trade debt, Amanda Lairsey's personal credit card | | | | $47,735.39 |
| Ben Boggs, LLC 2620 Glensboro Road Lawrenceburg, KY 40342 | | Trade debt | | | | $47,013.64 |
| Charles Boggs 4602 Mud Lane Louisville, KY 40229 | | Loan to company | | | | $92,000.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Debtor **MAC MAR, LLC**
     Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **David Boggs, LLC**<br>4602 Mud Lane<br>Louisville, KY 40229 | | **Trade debt** | | | | $903,066.38 |
| **David Velasquez**<br>**DBA: Velasquez**<br>**Roofing Servi**<br>952 Luray Avenue<br>Fort Myers, FL 33916 | | **Trade debt** | | | | $52,094.65 |
| **GTR Source**<br>4824 N State Rd 7<br>Apt 306<br>Coconut Creek, FL 33073 | | | | $83,147.15 | $0.00 | $83,147.15 |
| **Hail 911**<br>2390 Esplanade Drive<br>3rd Floor<br>Algonquin, IL 60102 | | **Trade debt** | | | | $120,800.00 |
| **Heriberto Jimeniz Santis**<br>7815 Hart Drive<br>Fort Myers, FL 33907 | | **Trade debt** | | | | $56,555.00 |
| **High Speed Capital, LLC**<br>187 Wolf Road<br>Suite 101<br>Albany, NY 12205 | | **UCC-1 against all assets and receivables** | | $95,951.81 | $0.00 | $95,951.81 |
| **Marcus Eythcheson Sales**<br>1678 170th Street<br>Fairmont, MN 56031 | | **Trade debt** | | | | $128,935.32 |
| **Mueller 13046**<br>5547 National Turnpike<br>Louisville, KY 40214 | | **Trade debt** | | | | $325,287.89 |
| **Peyson, LLC**<br>Attn: Dennis Smith<br>616 Fern Ave<br>Holly Hill, FL 32117 | | **Trade debt** | | | | $44,658.95 |
| **Quarterspot**<br>345 Seventh Ave<br>Suite 1100<br>New York, NY 10001 | | | | $94,331.34 | $0.00 | $94,331.34 |
| **Ramirez Equipment Rental**<br>1619 Wellington Drive<br>Columbia, TN 38401 | | **Trade debt** | | | | $87,924.38 |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 2

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **MAC MAR, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Superior Home Energy**<br>**501 N. Orlando Ave**<br>**Suite 313-255**<br>**Winter Park, FL 32789** | | **Trade debt** | | | | **$68,800.00** |

**Fill in this information to identify the case:**

Debtor name: **MAC MAR, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals  12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*........................................................................................ $ **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..................................................................................... $ **1,025,630.22**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*....................................................................................... $ **1,025,630.22**

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................. $ **518,701.50**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................... $ **193,819.18**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................ +$ **3,293,396.71**

4. **Total liabilities** .....................................................................................................................
   Lines 2 + 3a + 3b                                                                                                        $ **4,005,917.39**

# United States Bankruptcy Court
## Middle District of Florida

In re: **MAC MAR, LLC**, Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **August 4, 2019**

**/s/ Chris Dutruch**
**Chris Dutruch**/**Member**
Signer/Title

MAC MAR, LLC
2975 Horseshoe Drive South, Unit 400
Naples, FL 34104

Amanda Lairsey, LLC
725 Cool Springs Blvd
Suite 600
Franklin, TN 37067

Ben Boggs, LLC
2620 Glensboro Road
Lawrenceburg, KY 40342

Michael R. Dal Lago
Dal Lago Law
999 Vanderbilt Beach Road
Suite 200
Naples, FL 34108

Amercian Express Platinum
20500 Belshaw Ave
Carson, CA 90746

Boyette, Cummings & Nailos
Attn: Cindy Crider
1635 E. Highway 50
Suite 300
Clermont, FL 34711

3G Home Exterior
5600 Zip Drive Suite 100
Fort Myers, FL 33905

American Express Business
PO Box 650448
Dallas, TX 75265-0448

Brooke Allman
170 Burning Tree Drive
Naples, FL 34109

A-OK Roofing & Exteriors
2241 Kenwood Drive
Lexington, KY 40509

Americsafe, Inc.
23 Eganfuskee Street
Suite 102
Jupiter, FL 33477

Bulut Ali
8263 Ibis Cove Circle
Naples, FL 34119

A.C.E.S.
c/o Adam Escobar
4635 14th Street SW
Lehigh Acres, FL 33973

Apicella
218 Ohio Ave
Fort Myers Beach, FL 33931

Carlos Roofing Solution
7510 N Tampiania Ave
Tampa, FL 33614

Ace Renovations
c/o Paul Hobbs
 118 Commerce Drive
Berea, KY 40403

Associaties in Accounting
11003 Bluegrass Pkwy
Suite 500
Louisville, KY 40299

Carmen
555 Murex Drive
Naples, FL 34102

Adderley Kimara
5413 Centennial Blvd
Lehigh Acres, FL 33971

Bank of America
PO Box 15019
Wilmington, DE 19850

Cavalico LLC
Attn: D Squared Construction
17102 Alico Center Road #6
Fort Myers, FL 33967

Addy Source
101 Chase Ave
Suite 101
Lakewood, NJ 08701

BB Locksmith
3956 Tamiami Trail North
Naples, FL 34103

Century Link
PO Box 4300
Carol Stream, IL 60197

Alante Brown
44423 W Yucca Lane
Maricopa, AZ 85138-4032

Beckwith Pools
1540 Shamrock Drive
Sebring, FL 33875

Charles Boggs
4602 Mud Lane
Louisville, KY 40229

Charles Cromer
460 Indian Creek Drive
Cocoa Beach, FL 32931

Comcast
P.O. 530098
Atlanta, GA 30353-0098

Derwin Blair, LLC
1363 Waikiki Court
Marco Island, FL 34145

Chavez Bros Construction
3907 Coronation Court
Orlando, FL 32839

Cook 2
249 S Commerce Ave
Sebring, FL 33870

Duke Energy
P.O. Box 1004
Charlotte, NC 28201

Cheryl Paris
2033 Timberline Drive
Naples, FL 34109

Corrado
250 Loon Lane
Naples, FL 34114

EagleView Technologies
Dept CH 16524
Palatine, IL 60055-6524

Chris Dutruch
1585 Kennesaw Drive
Clermont, FL 34711

Cort Furniture
PO Box 17401
Baltimore, MD 21297

Ehrlich
4580 Forlano Circle
North Port, FL 34291

Chuck Griffith
7713 Citrus Hill Lane
Naples, FL 34109

Culligan of Fort Myers
PO Box 62208
Fort Myers, FL 33906-2206

Ellsworth
4846 Europa Drive
Naples, FL 34105

City of Marco Island
50 Bald Eagle Drive
Marco Island, FL 34145

David Boggs
1585 Kennesaw Drive
Clermont, FL 34711

Enterprise Rent-A-Car
PO Box 801988
Kansas City, MO 64180

City of Sebring
 321 N. Mango Street
Sebring, FL 33870

David Boggs, LLC
4602 Mud Lane
Louisville, KY 40229

Estimates Inc
8828 N Seaward Avenue
Portland, OR 97212-7352

Coast to Coast Financial
101 Hodencamp Rd, Suite 120
Thousand Oaks, CA 91360

David Velasquez
DBA: Velasquez Roofing Servi
952 Luray Avenue
Fort Myers, FL 33916

FDOT
PO Box 71237
Charlotte, NC 28272-1237

Collier County Tax Collector
 2335 Orange Blossom Drive
Naples, FL 34109

Deborah Kershaw
4888 San Pablo Court
Naples, FL 34109

Florida Door Solutions
777 S Park Ave
Apopka, FL 32703

Florida Home Craft, LLC
209 Brentwood Drive
Chattanooga, TN 37415

Hail Trace
101 E Hurd
Suite F
Edmond, OK 73034

Jay's Drywall
1901 Courtyard Way
#C-104
Naples, FL 34112

Florida Keys Electric
3421 Overseas Hwy
Marathon, FL 33050

Helio's Collier LLC
9050 Pines Blvd
Hollywood, FL 33024

Jeannette Maldonado
4636 24th Place Southwest
Naples, FL 34116

FPL
1220 5th Ave N
Naples, FL 34102

Henrietta or Darwin Miller
961 Chesapeake Bay Ct
Naples, FL 34120

John Carlucci
16551 Wildcat Drive
Fort Myers, FL 33913

Fred Torres
7814 Cameron Circle
Fort Myers, FL 33912

Heriberto Jimeniz Santis
7815 Hart Drive
Fort Myers, FL 33907

Jose Chavez Construction
3907 Coronation Court
Orlando, FL 32839

Groves Swimming Pool Service
3561 1st Avenue NW
Naples, FL 34120

Hershall Stalling
3265 4th Street NW
Naples, FL 34120

Josh Still, LLC
2539 Curtis Pike
Richmond, KY 40475

GTR Source
4824 N State Rd 7
Apt 306
Coconut Creek, FL 33073

High Speed Capital, LLC
187 Wolf Road
Suite 101
Albany, NY 12205

Karen Kacvinsky
9264 Autumn Haze Drive
Naples, FL 34109

Gulf Coast Collection Bureau
5630 Marquesas Circle
Sarasota, FL 34233

IRS
Internal Revenue Service
Kansas City, MO 64999-0202

Kathy Burkhardt
2415 58th Avenue NE
Naples, FL 34120

Gulf Coast Manufacturing
14429 SW 2nd Place
Suite G -30
Newberry, FL 32669

Jadar Komperud
1918 SW 10th Place
Cape Coral, FL 33990

King Seamless Gutters
1400 Allendale Road
Unit 3
West Palm Beach, FL 33405

Hail 911
2390 Esplanade Drive
3rd Floor
Algonquin, IL 60102

James Karl
1095 Bald Eagle Drive
Marco Island, FL 34145

Kroll
7710 Mulberry Lane
Naples, FL 34114

LCEC
PO Box 31477
Tampa, FL 33631

ML Factors Funding
428 Central Ave
Suite B
Cedarhurst, NY 11516

Premco
MW Premium Finance
PO BOX 19367
Kalamazoo, MI 49019-0367

Lee County Electric Co
4941 Bayline Drive
North Fort Myers, FL 33917

Morones
111 Wickliffe Drive
Naples, FL 34110

Propane Connection, LLC
8152 Josefa Way
Naples, FL 34114

Leslie & Jack Speiss
32250 5th Ave SW
Naples, FL 34114-7000

Mueller 13046
5547 National Turnpike
Louisville, KY 40214

Quarterspot
345 Seventh Ave
Suite 1100
New York, NY 10001

LRP Engineering,Inc.
1313 Blanrney Street
Minneola, FL 34715

Mueller 14286
5547 National Turnpike
Louisville, KY 40214

R & P Secure Storage
160 Hamilton Court
Louisville, KY 40229

M&B Hernandez Lawn Svcs
5209 Broward Street
Naples, FL 34113

NAR Roofing, LLC
4280 Tamiami Trail E
Suite 302L
Naples, FL 34112

Ramirez Equipment Rental
1619 Wellington Drive
Columbia, TN 38401

Marcus Eythcheson Sales
1678 170th Street
Fairmont, MN 56031

National Floor Shine
5480 Citrus Hill Drive
Polk City, FL 33868

Shuaipi Fatmir
8211 Ibis Cove Circle
Naples, FL 34119

Maria Joblonski
3680 Kent Drive
Naples, FL 34112

New Image Contracting
100 White Pine Court
Bowling Green, KY 42104

Storage Zone
2323 Holly Hill Tank Road
Davenport, FL 33837

Mark Ryan
1240 Spanish Court
Marco Island, FL 34145

Peyson, LLC
Attn: Dennis Smith
616 Fern Ave
Holly Hill, FL 32117

Suncoast Roofing Supply
P.O. Box 405850
Atlanta, GA 30384-5850

Merchants Fleet Management
Corporate Headquarters
1278 Hooksett Rd.
Hooksett, NH 03106

Pool Solution of SW FL
PO Box 991136
Naples, FL 34116

Sundby
1411 Ford Circle
Lehigh Acres, FL 33936

Superior Home Energy
501 N. Orlando Ave
Suite 313-255
Winter Park, FL 32789

William Cawthorn
1284 North Collier Blvd.
Marco Island, FL 34145

Susan Taub
6046 Hollow Drive
Naples, FL 34112

Zalbaleta Texture & Painting
7716 Silver Pointe Blvd
Apt. 101
Orlando, FL 32822

Susana Paita-Benavides
5422 Trammel Street
Naples, FL 34113

Swiggle Media LLC
350 N Lake Destiny
Suite 200
Maitland, FL 32751

Tajlon Brown
44423 W Yucca Lane
Maricopa, AZ 85138-4032

Tiger All Contractors Inc.
1824 W. Washington Street
Orlando, FL 32805

Tires Plus
3612 Tamiami Trail E
Naples, FL 34112

Wales
8215 Ibis Cove Circle
Naples, FL 34119

Waste Connections of Florida
 PO Box 742695
Cincinnati, OH 45274-2694