**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

In re:                                                  Chapter 11

MAC MAR, LLC,                                           Case No.  6:19-bk-05115-CCJ

                    Debtor.                             Judge Cynthia C. Jackson

_____/

**DEBTOR'S MOTION FOR AN ORDER EXTENDING DEADLINE**
**FOR FILING INCOMPLETE AND/OR DEFICIENT FILINGS**

Mac Mar, LLC, the above-captioned debtor and debtor-in-possession ("***Debtor***"), hereby files this motion for an order extending deadline for filing incomplete and/or deficient filings ("***Motion***"), and in support of the Motion respectfully represents:

1.       The Debtor filed its voluntary petition under Chapter 11 of the Bankruptcy Code on August 4, 2019.  In accordance with Rules 1007(e) and 9006(a) of the Federal Rules of Bankruptcy Procedure ("***Bankruptcy Rules***"), the deadline for the Debtor to file its schedules, statement of financial affairs, and other required documents (collectively, the "***Schedules***") is August 19, 2019 ("***Deadline***").

2.       On August 8, 2019, the Debtor filed its *Motion to Transfer Venue* ("***Transfer Motion***") [ECF No. 5].  As noted in the Transfer Motion, the Debtor's intent was to file its petition in the United States Bankruptcy Court for the Middle District of Florida, Fort Myers Division. Simply stated, transferring venue is proper and would be more convenient for both the Debtor and the majority of creditors and parties in interest. The Debtor anticipates uploading a proposed order on the Motion as soon as the negative notice period expires on August 26, 2019.

3.      Given the pending Transfer Motion, the Court has yet to issue its *Notice of Chapter 11 Case* or *Notice of Incomplete and/or Deficient Filing and Opportunity to Cure Deficiencies*. Upon information and belief, the Court is awaiting the outcome of the Transfer Motion before taking any further action in this case. Similarly, the Debtor is optimistic that the case will be transferred to the Fort Myers Division and that filing the Schedules in the Orlando Division is unnecessary until the Court rules on the Transfer Motion. For this reason, the Debtor respectfully submits that there is cause to extend the Deadline to file the Schedules until September 4, 2019[†].

4.      The Debtor respectfully submits that no creditors in this case will be prejudiced by an extension of the Deadline.  Rule 1007(c) of the Bankruptcy Rules provides, in pertinent part, that "any extension of time to file schedules, statements, and other documents required under this rule may be granted only on motion for cause shown and on notice to the United States trustee, any committee elected under § 705 or appointed under § 1102 of the Code, trustee, examiner, or other party as the court may direct."  Furthermore, Rule 9006 of the Bankruptcy Rules also provides, in pertinent part, that "when an act is required or allowed to be done at or within a specified period by these rules or by a notice given thereunder or by order of court, the court for cause shown may at any time in its discretion with or without motion or notice order the period enlarged if the request therefor is made before the expiration of the period originally prescribed or as extended by a previous order…"

5.      The Debtor respectfully submits that, for the reasons set forth above, cause exists for an extension of the Deadline through and including September 4, 2019.  The Debtor believes that this extended period will give the Debtor time to complete the Schedules after the Court has had the opportunity to consider and rule on the Transfer Motion.

---

[†] The Debtor has selected this date as being approximately seven days after the Court is anticipated to issue its Order granting or denying the Transfer Motion.

6.      The Debtor further requests that this extension be done without prejudice to seek a further extension, in the unlikely event that such further extension is necessary.

WHEREFORE, the Debtor respectfully requests that the Court enter an order: (i) extending, without prejudice, the Deadline for the Debtor to file the Schedules and any other incomplete and/or deficient filings through September 4, 2019; and (ii) granting such other and further relief as the Court deems proper.

Dated:  August 19, 2019                           Respectfully submitted,

                                                  **DAL LAGO LAW**

                                                  By: */s/ Michael R. Dal Lago*
                                                  MICHAEL R. DAL LAGO
                                                  Florida Bar No. 0102185
                                                  999 Vanderbilt Beach Road
                                                  Suite 200
                                                  Naples, Florida 34108
                                                  Telephone: (239) 571-6877
                                                  E-mail:  mike@dallagolaw.com

                                                  *Proposed Counsel for Mac Mar, LLC,*
                                                  *Debtor and Debtor-in-Possession*

### CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing was electronically served through the Court's CM/ECF Noticing system to all parties registered to receive notice and all parties on the attached mailing matrix pursuant to Local Rule 1007-2 Parties in Interest this 19th day of August, 2019.

                                                  By: */s/ Michael R. Dal Lago*
                                                  MICHAEL R. DAL LAGO
                                                  Florida Bar No. 0102185

3

Label Matrix for local noticing
113A-6
Case 6:19-bk-05115-CCJ
Middle District of Florida
Orlando
Mon Aug 19 11:18:57 EDT 2019

A.C.E.S.
c/o Adam Escobar
4635 14th Street SW
Lehigh Acres, FL 33973-2672

Addy Source
101 Chase Ave
Suite 101
Lakewood, NJ 08701-4761

Amanda Lairsey, LLC
725 Cool Springs Blvd
Suite 600
Franklin, TN 37067-2702

Amercian Express Platinum
20500 Belshaw Ave
Carson, CA 90746-3506

American Express Business
PO Box 650448
Dallas, TX 75265-0448

Bank of America
PO Box 15019
Wilmington, DE 19850-5019

Ben Boggs, LLC
2620 Glensboro Road
Lawrenceburg, KY 40342-9528

Charles Boggs
4602 Mud Lane
Louisville, KY 40229-2833

Collier Child Care Resources Inc.
c/o Patrick H. Neale
Patrick Neale & Associates
PO Box 9440
Naples FL 34101-9440

David Boggs, LLC
4602 Mud Lane
Louisville, KY 40229-2833

David Velasquez
DBA: Velasquez Roofing Servi
952 Luray Avenue
Fort Myers, FL 33916-1241

GTR Source
4824 N State Rd 7
Apt 306
Coconut Creek, FL 33073-3348

Hail 911
2390 Esplanade Drive
3rd Floor
Algonquin, IL 60102-5452

Heriberto Jimeniz Santis
7815 Hart Drive
Fort Myers, FL 33917-2443

High Speed Capital, LLC
187 Wolf Road
Suite 101
Albany, NY 12205-1138

Marcus Eythcheson Sales
1678 170th Street
Fairmont, MN 56031-1305

Mueller 13046
5547 National Turnpike
Louisville, KY 40214-3725

Peyson, LLC
Attn: Dennis Smith
616 Fern Ave
Holly Hill, FL 32117-3361

Quarterspot
345 Seventh Ave
Suite 1100
New York, NY 10001-5165

Ramirez Equipment Rental
1619 Wellington Drive
Columbia, TN 38401-5449

Superior Home Energy
501 N. Orlando Ave
Suite 313-255
Winter Park, FL 32789-7310

End of Label Matrix
Mailable recipients    21
Bypassed recipients     0
Total                  21