**Fill in this information to identify the case:**

Debtor name: **MAC MAR, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known): **6:19-bk-05115-CCJ**

■ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

■ **Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 10, 2019**    X **/s/ John David Boggs**
Signature of individual signing on behalf of debtor

**John David Boggs**
Printed name

**Managing Member**
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **MAC MAR, LLC**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**

Case number (if known): **6:19-bk-05115-CCJ**

■ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Amount of claim — Deduction for value of collateral or setoff | Amount of claim — Unsecured claim |
|---|---|---|---|---|---|---|
| A.C.E.S. c/o Adam Escobar 4635 14th Street SW Lehigh Acres, FL 33973 | | Trade debt | | | | $199,394.88 |
| Addy Source 101 Chase Ave Suite 101 Lakewood, NJ 08701 | | | | $136,834.33 | $0.00 | $136,834.33 |
| Amanda Lairsey 725 Cool Springs Blvd Suite 600 Franklin, TN 37067 | | Wages | | | | $58,333.33 |
| Amanda Lairsey, LLC 725 Cool Springs Blvd Suite 600 Franklin, TN 37067 | | Loan from Amanda Lairsey LLC | | | | $325,113.12 |
| American Express Business PO Box 650448 Dallas, TX 75265-0448 | | Trade debt, MAC MAR, LLC's business credit card | | | | $102,893.03 |
| Associated Materials, Inc. c/o Jon E. Kane South Milhausen, P.A. 1000 Legion Place #1200 Orlando, FL 32801 | | Litigation | Disputed | | | $275,998.86 |

| Debtor | **MAC MAR, LLC** | Case number *(if known)* | **6:19-bk-05115-CCJ** |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Cavalico LLC**<br>**Attn: D Squared Construction**<br>**17102 Alico Center Road #6**<br>**Fort Myers, FL 33967** | | **Lease for commercial real property located at 17102 Alico Road, Fort Myers; Litigation** | **Contingent Unliquidated Disputed** | | | **$125,257.64** |
| **Charles Boggs**<br>**4602 Mud Lane**<br>**Louisville, KY 40229** | | **Loan to company** | | | | **$92,000.00** |
| **David Boggs, LLC**<br>**4602 Mud Lane**<br>**Louisville, KY 40229** | | **Trade debt** | | | | **$903,066.38** |
| **GTR Source**<br>**4824 N State Rd 7 Apt 306**<br>**Coconut Creek, FL 33073** | | | | **$83,147.15** | **$0.00** | **$83,147.15** |
| **Hail 911**<br>**2390 Esplanade Drive**<br>**3rd Floor**<br>**Algonquin, IL 60102** | | **Trade debt** | | | | **$120,800.00** |
| **Heriberto Jimeniz Santis**<br>**7815 Hart Drive**<br>**Fort Myers, FL 33907** | | **Trade debt** | | | | **$56,555.00** |
| **High Speed Capital, LLC**<br>**187 Wolf Road Suite 101**<br>**Albany, NY 12205** | | **UCC-1 against all assets and receivables** | | **$95,951.81** | **$0.00** | **$95,951.81** |
| **Marcus Eytcheson Sales, LLC**<br>**1678 170th Street**<br>**Fairmont, MN 56031** | | **Default Final Judgment entered for litigation pending in Martin County, MN** | **Disputed** | | | **$126,173.34** |
| **Marcus Eythcheson Sales**<br>**1678 170th Street**<br>**Fairmont, MN 56031** | | **Trade debt** | **Disputed** | | | **$128,935.32** |
| **Mueller 13046**<br>**5547 National Turnpike**<br>**Louisville, KY 40214** | | **Trade debt** | | | | **$325,287.89** |
| **Quarterspot**<br>**345 Seventh Ave Suite 1100**<br>**New York, NY 10001** | | | | **$94,331.34** | **$0.00** | **$94,331.34** |

| Debtor | MAC MAR, LLC | | Case number *(if known)* | **6:19-bk-05115-CCJ** |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Ramirez Equipment Rental** <br> **1619 Wellington Drive** <br> **Columbia, TN 38401** | | **Trade debt** | | | | $87,924.38 |
| **Sachs Media Group, Inc.** <br> **c/o Ken Abele, Esq.** <br> **Ausley McMullen** <br> **PO Box 391** <br> **Tallahassee, FL 32302** | | **Litigation** | **Disputed** | | | $105,000.00 |
| **Superior Home Energy** <br> **501 N. Orlando Ave Suite 313-255** <br> **Winter Park, FL 32789** | | **Trade debt** | | | | $68,800.00 |