**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **MAC MAR, LLC** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | **6:19-bk-05115-CCJ** |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■  *Schedule H: Codebtors* (Official Form 206H)
- ■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐  Amended *Schedule*
- ☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

| | | |
|---|---|---|
| Executed on | **October 10, 2019** | X **/s/ John David Boggs** |
| | | Signature of individual signing on behalf of debtor |
| | | **John David Boggs** |
| | | Printed name |
| | | **Managing Member** |
| | | Position or relationship to debtor |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **MAC MAR, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **6:19-bk-05115-CCJ**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*............................................................................................ $      0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*......................................................................................... $     655,682.46

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.......................................................................................... $     655,682.46

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................. $     518,701.50

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................. $     231,325.61

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................. +$     3,750,074.75

4.  Total liabilities .........................................................................................................
    Lines 2 + 3a + 3b    $     4,500,101.86

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **MAC MAR, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **6:19-bk-05115-CCJ**

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:     Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. **Cash on hand** | | | **$100.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **New MAC MAR LLC Operating Account** | Checking | 3775 | $0.00 |
| 3.2. | **Previous MAC MAR LLC Operating Account** | Checking | 3216 | $0.00 |
| 3.3. | **Suncoast Account** | | 3109 | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $100.00 |
|---|

**Part 2:     Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **MAC MAR, LLC** | Case number *(If known)* | **6:19-bk-05115-CCJ** |
|---|---|---|---|
| | Name | | |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

   8.1. **Customer deposits - see Balance sheet**                                $94,568.79

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.                    $94,568.79

### Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less:         **51,442.84**   -   **0.00** = ....     $51,442.84
                       face amount                 doubtful or uncollectible accounts

11b. Over 90 days old:         **506,379.64**   -   **0.00** = ....     $506,379.64
                       face amount                 doubtful or uncollectible accounts

12. **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.                    $557,822.48

### Part 4:    Investments

13. **Does the debtor own any investments?**

☐ No.  Go to Part 5.
☑ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                  % of ownership

   15.1. **Joint venture with Texas Professional Exteriors, LLC**          %                                    **Unknown**

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17. **Total of Part 4.**

Add lines 14 through 16.  Copy the total to line 83.                    $0.00

### Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                   Best Case Bankruptcy

Debtor    **MAC MAR, LLC**                                          Case number *(if known)*   **6:19-bk-05115-CCJ**
_____                            _____
Name

☐ Yes Fill in the information below.

**Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

Part 7:    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** | | | |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Office equipment, computer(s) and printer(s) - see Balance Sheet | $0.00 | | $3,191.19 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**                                                                                   $3,191.19
    Add lines 39 through 42.  Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☑ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

Part 8:    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.
☐ Yes Fill in the information below.

Part 9:    **Real property**

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.
☐ Yes Fill in the information below.

Part 10:    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **MAC MAR, LLC**                                      Case number *(If known)*  **6:19-bk-05115-CCJ**
_____                        _____
          Name

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** **License to use service mark, "My Affordable Roof"; license may be revoked due to filing** | $0.00 | | Unknown |
| 63. **Customer lists, mailing lists, or other compilations** **See attached** | $0.00 | | Unknown |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**                                                                    | $0.00 |

Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)?
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **MAC MAR, LLC** | Case number *(If known)* | **6:19-bk-05115-CCJ** |
|---|---|---|---|
| | Name | | |

**set off claims**
**Trademark Infringemetn litigation involving Debtor**
**(David Boggs, LL, Mac Mar, LLC v. Matthew Soltis and**
**My Affordable Roof LLC) pending in Middle District of**
**Florida**                                                                                            **Unknown**
**Nature of claim**
**Amount requested**                                    **$0.00**

---

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets,
country club membership
**Joint Venture with Texas Professional Exteriors, LLC to**
**expand business in the Daytona Beach Region**                                                    **Unknown**

---

78.  **Total of Part 11.**                                                                          **$0.00**

Add lines 71 through 77. Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    **MAC MAR, LLC**
_____
Name

Case number *(If known)*  **6:19-bk-05115-CCJ**
_____

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $100.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $94,568.79 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $557,822.48 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,191.19 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $655,682.46 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $655,682.46 |

**Fill in this information to identify the case:**

Debtor name **MAC MAR, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) **6:19-bk-05115-CCJ**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
| --- | --- | --- | --- |

**2.1 Addy Source**
Creditor's Name

**101 Chase Ave**
**Suite 101**
**Lakewood, NJ 08701**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Future Receivables**

Describe the lien
**UCC-1**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

| $136,834.33 | Unknown |
| --- | --- |

**2.2 GTR Source**
Creditor's Name

**4824 N State Rd 7**
**Apt 306**
**Coconut Creek, FL 33073**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**Future Receivables**

Describe the lien
**UCC-1**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

| $83,147.15 | Unknown |
| --- | --- |

| Debtor | **MAC MAR, LLC** | Case number (if know) | **6:19-bk-05115-CCJ** |
|---|---|---|---|
| | Name | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

---

| 2.3 | **High Speed Capital, LLC** | Describe debtor's property that is subject to a lien | $95,951.81 | Unknown |
|---|---|---|---|---|

Creditor's Name

**187 Wolf Road
Suite 101
Albany, NY 12205**
Creditor's mailing address

**All assets and receivables**

Describe the lien
**UCC-1**
Is the creditor an insider or related party?

- ■ No
- ☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

---

| 2.4 | **ML Factors Funding** | Describe debtor's property that is subject to a lien | $108,436.87 | Unknown |
|---|---|---|---|---|

Creditor's Name

**428 Central Ave
Suite B
Cedarhurst, NY 11516**
Creditor's mailing address

**All assets and receivables**

Describe the lien
**UCC-1**
Is the creditor an insider or related party?

- ■ No
- ☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

---

| 2.5 | **Quarterspot** | Describe debtor's property that is subject to a lien | $94,331.34 | Unknown |
|---|---|---|---|---|

Creditor's Name

**345 Seventh Ave
Suite 1100
New York, NY 10001**
Creditor's mailing address

**Future Receivables**

Describe the lien
**UCC-1**
Is the creditor an insider or related party?

- ■ No

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **MAC MAR, LLC** | Case number (if know) | **6:19-bk-05115-CCJ** |
|--------|------------------|----------------------|----------------------|
| | Name | | |

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

■ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $518,701.50

---

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|-------------------|-----------------------------------------------------------|------------------------------------------------|
| | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **MAC MAR, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **6:19-bk-05115-CCJ**

☐ Check if this is an
  amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Adderley Kimara**<br>**5413 Centennial Blvd**<br>**Lehigh Acres, FL 33971** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,000.00** | **$2,850.00** |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Deposit Refund** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Amanda Lairsey**<br>**725 Cool Springs Blvd**<br>**Suite 600**<br>**Franklin, TN 37067** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$58,333.33** | **$12,850.00** |
|  | Date or dates debt was incurred<br>**January 1, 2019 to present** | Basis for the claim:<br>**Wages** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    49719                    Best Case Bankruptcy

| Debtor | **MAC MAR, LLC** | | Case number (if known) | **6:19-bk-05115-CCJ** |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,374.06 | $2,850.00 |
|---|---|---|---|---|

**Andre De Puye**
**9264 Autumn Haze Drive**
**Naples, FL 34109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Deposit Refund** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,618.75 | $2,850.00 |
|---|---|---|---|---|

**Apicella**
**218 Ohio Ave**
**Fort Myers Beach, FL 33931**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Deposit Refund** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,350.00 | $2,850.00 |
|---|---|---|---|---|

**Brooke Allman**
**170 Burning Tree Drive**
**Naples, FL 34109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Deposit Refund** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $24,000.00 | $2,850.00 |
|---|---|---|---|---|

**Carmen**
**555 Murex Drive**
**Naples, FL 34102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Deposit Refund** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **MAC MAR, LLC** | | Case number (if known) | **6:19-bk-05115-CCJ** |
|---|---|---|---|---|

Name

---

**2.7** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,934.00** | **$2,850.00**

**Charles Corrado**
**250 Loon Lane**
**Naples, FL 34114**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.8** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,750.00** | **$2,850.00**

**Charles Cromer**
**460 Indian Creek Drive**
**Cocoa Beach, FL 32931**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.9** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$165.35** | **$165.35**

**Collier County Tax Collector**
**2335 Orange Blossom Drive**
**Naples, FL 34109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.10** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,400.00** | **$2,850.00**

**Deborah Kershaw**
**4888 San Pablo Court**
**Naples, FL 34109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **MAC MAR, LLC** | Case number (if known) | **6:19-bk-05115-CCJ** |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,000.00** | **$2,850.00** |
|---|---|---|---|---|
| | **Duncan Wales** | *Check all that apply.* | | |
| | **8215 Ibis Cove Circle** | ☐ Contingent | | |
| | **Naples, FL 34119** | ☐ Unliquidated | | |
| | | ■ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: **Deposit Refund** |
|---|---|---|
| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No |
| | | ☐ Yes |

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,700.00** | **$1,700.00** |
|---|---|---|---|---|
| | **Fred Torres** | *Check all that apply.* | | |
| | **7814 Cameron Circle** | ☐ Contingent | | |
| | **Fort Myers, FL 33912** | ☐ Unliquidated | | |
| | | ■ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: **Deposit Refund** |
|---|---|---|
| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No |
| | | ☐ Yes |

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,813.46** | **$2,813.46** |
|---|---|---|---|---|
| | **IRS** | *Check all that apply.* | | |
| | **Internal Revenue Service** | ☐ Contingent | | |
| | **Kansas City, MO 64999-0202** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: **Taxes** |
|---|---|---|
| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No |
| | | ☐ Yes |

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,075.00** | **$2,850.00** |
|---|---|---|---|---|
| | **John and Laura Carlucci** | *Check all that apply.* | | |
| | **16551 Wildcat Drive** | ☐ Contingent | | |
| | **Fort Myers, FL 33913** | ☐ Unliquidated | | |
| | | ■ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: **Deposit Refund** |
|---|---|---|
| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No |
| | | ☐ Yes |

| Debtor | **MAC MAR, LLC** | | Case number (if known) | **6:19-bk-05115-CCJ** |
|---|---|---|---|---|
| | Name | | | |

---

**2.15** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,559.66** | **$2,559.66**

**Julian Sundby**
**1411 Ford Circle**
**Lehigh Acres, FL 33936**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit Refund**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.16** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$17,500.00** | **$2,850.00**

**Kathy Burkhardt**
**2415 58th Avenue NE**
**Naples, FL 34120**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit Refund**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.17** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$19,000.00** | **$2,850.00**

**Kerstin Koenig**
**11023 Linnet Lane**
**Naples, FL 34119**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit Refund**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.18** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$21,352.00** | **$2,850.00**

**Leslie & Jack Speiss**
**32250 5th Ave SW**
**Naples, FL 34114-7000**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit Refund**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **MAC MAR, LLC** | Case number (if known) | **6:19-bk-05115-CCJ** |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address<br>**Linda Ellsworth**<br>**4846 Europa Drive**<br>**Naples, FL 34105** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Deposit Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.20 | Priority creditor's name and mailing address<br>**Maria Joblonski**<br>**3680 Kent Drive**<br>**Naples, FL 34112** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$7,000.00** | **$2,850.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Deposit Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.21 | Priority creditor's name and mailing address<br>**Mark Ryan**<br>**1240 Spanish Court**<br>**Marco Island, FL 34145** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$10,000.00** | **$2,850.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Deposit Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.22 | Priority creditor's name and mailing address<br>**Shuaipi Fatmir**<br>**8211 Ibis Cove Circle**<br>**Naples, FL 34119** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$5,000.00** | **$2,850.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Deposit Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **MAC MAR, LLC** | Case number (if known) | **6:19-bk-05115-CCJ** |
|---|---|---|---|
| | Name | | |

---

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,400.00 | $2,850.00 |
|---|---|---|---|---|
| | **Susan Taub** | Check all that apply. | | |
| | **6046 Hollow Drive** | ☐ Contingent | | |
| | **Naples, FL 34112** | ☐ Unliquidated | | |
| | | ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Deposit Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No  ☐ Yes | | |

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,000.00 | $2,850.00 |
|---|---|---|---|---|
| | **Susana Paita-Benavides** | Check all that apply. | | |
| | **5422 Trammel Street** | ☐ Contingent | | |
| | **Naples, FL 34113** | ☐ Unliquidated | | |
| | | ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Deposit Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No  ☐ Yes | | |

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,000.00 | $2,850.00 |
|---|---|---|---|---|
| | **William Cawthorn** | Check all that apply. | | |
| | **1284 North Collier Blvd.** | ☐ Contingent | | |
| | **Marco Island, FL 34145** | ☐ Unliquidated | | |
| | | ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Deposit Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No  ☐ Yes | | |

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,250.00 |
| | **3G Home Exterior** | ☐ Contingent | |
| | **5600 Zip Drive Suite 100** | ☐ Unliquidated | |
| | **Fort Myers, FL 33905** | ☐ Disputed | |
| | Date(s) debt was incurred | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,143.68 |
|---|---|---|---|
| | **A-OK Roofing & Exteriors** | ☐ Contingent | |
| | **2241 Kenwood Drive** | ☐ Unliquidated | |
| | **Lexington, KY 40509** | ☐ Disputed | |
| | Date(s) debt was incurred | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **MAC MAR, LLC** | | Case number *(if known)* | **6:19-bk-05115-CCJ** |
|---|---|---|---|---|
| | Name | | | |

---

**3.3** | Nonpriority creditor's name and mailing address
**A.C.E.S.**
**c/o Adam Escobar**
**4635 14th Street SW**
**Lehigh Acres, FL 33973**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$199,394.88**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address
**Ace Renovations**
**c/o Paul Hobbs**
**118 Commerce Drive**
**Berea, KY 40403**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                     **$18,644.30**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address
**Alante Brown**
**44423 W Yucca Lane**
**Maricopa, AZ 85138-4032**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                        **$492.50**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address
**Amanda Lairsey, LLC**
**725 Cool Springs Blvd**
**Suite 600**
**Franklin, TN 37067**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$325,113.12**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan from Amanda Lairsey LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address
**American Express Business**
**PO Box 650448**
**Dallas, TX 75265-0448**

Date(s) debt was incurred _

Last 4 digits of account number  **3009**

As of the petition filing date, the claim is: *Check all that apply.*                    **$102,893.03**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt, MAC MAR, LLC's business credit card**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address
**Americsafe, Inc.**
**23 Eganfuskee Street**
**Suite 102**
**Jupiter, FL 33477**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                     **$15,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address
**Associated Materials, Inc.**
**c/o Jon E. Kane**
**South Milhausen, P.A.**
**1000 Legion Place #1200**
**Orlando, FL 32801**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$275,998.86**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **MAC MAR, LLC**                                          Case number (if known)   **6:19-bk-05115-CCJ**
_____
Name

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$238.20** |
|------|------|------|------|

**BB Locksmith**
**3956 Tamiami Trail North**
**Naples, FL 34103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$120.00** |
|------|------|------|------|

**Beckwith Pools**
**1540 Shamrock Drive**
**Sebring, FL 33875**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$47,013.64** |
|------|------|------|------|

**Ben Boggs, LLC**
**2620 Glensboro Road**
**Lawrenceburg, KY 40342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,472.51** |
|------|------|------|------|

**Boyette, Cummings & Nailos**
**Attn: Cindy Crider**
**1635 E. Highway 50**
**Suite 300**
**Clermont, FL 34711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,085.00** |
|------|------|------|------|

**Carlos Roofing Solution**
**7510 N Tampiania Ave**
**Tampa, FL 33614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$125,257.64** |
|------|------|------|------|

**Cavalico LLC**
**Attn: D Squared Construction**
**17102 Alico Center Road #6**
**Fort Myers, FL 33967**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Rent for commercial real property located at 17102__
__Alico Road, Fort Myers; Litigation__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$648.32** |
|------|------|------|------|

**Century Link**
**PO Box 4300**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **MAC MAR, LLC** | Case number (if known) | **6:19-bk-05115-CCJ** |
|---|---|---|---|
| | Name | | |

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$92,000.00** |
|---|---|---|---|

**Charles Boggs**
**4602 Mud Lane**
**Louisville, KY 40229**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan to company**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$43,858.28** |
|---|---|---|---|

**Chavez Bros Construction**
**3907 Coronation Court**
**Orlando, FL 32839**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$120.00** |
|---|---|---|---|

**Cheryl Paris**
**2033 Timberline Drive**
**Naples, FL 34109**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$42,894.48** |
|---|---|---|---|

**Chris Dutruch**
**1585 Kennesaw Drive**
**Clermont, FL 34711**

Date(s) debt was incurred __

Last 4 digits of account number  **1624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$921.61** |
|---|---|---|---|

**City of Marco Island**
**50 Bald Eagle Drive**
**Marco Island, FL 34145**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$54.01** |
|---|---|---|---|

**City of Sebring**
 **321 N. Mango Street**
**Sebring, FL 33870**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$308.15** |
|---|---|---|---|

**Coast to Coast Financial**
**101 Hodencamp Rd, Suite 120**
**Thousand Oaks, CA 91360**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **MAC MAR, LLC**
    Name
                                                             Case number (if known)   **6:19-bk-05115-CCJ**

---

**3.24**   Nonpriority creditor's name and mailing address

**Comcast**
**P.O. 530098**
**Atlanta, GA 30353-0098**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$3,936.43**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.25**   Nonpriority creditor's name and mailing address

**Cook 2**
**249 S Commerce Ave**
**Sebring, FL 33870**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$2,500.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.26**   Nonpriority creditor's name and mailing address

**Cort Furniture**
**PO Box 17401**
**Baltimore, MD 21297**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$6,534.67**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.27**   Nonpriority creditor's name and mailing address

**Culligan of Fort Myers**
**PO Box 62208**
**Fort Myers, FL 33906-2206**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$310.62**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.28**   Nonpriority creditor's name and mailing address

**Darwin and Diane Geldreich**
**791 22nd Street NE**
**Naples, FL 34120**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$5,337.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Default Final Judgment enterd in Collier County litigation**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.29**   Nonpriority creditor's name and mailing address

**David Boggs, LLC**
**4602 Mud Lane**
**Louisville, KY 40229**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$903,066.38**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.30**   Nonpriority creditor's name and mailing address

**David Velasquez**
**DBA: Velasquez Roofing Servi**
**952 Luray Avenue**
**Fort Myers, FL 33916**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$52,094.65**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                        Best Case Bankruptcy

| Debtor | **MAC MAR, LLC** | | Case number (if known) | **6:19-bk-05115-CCJ** |
|---|---|---|---|---|
| | Name | | | |

---

**3.31** | Nonpriority creditor's name and mailing address
**Deborah Kershaw**
**786 109th Avenue N**
**Naples, FL 34108**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Default Final Judgment entered 12/28/19**

Is the claim subject to offset? ☐ No ☐ Yes

**$3,761.00**

---

**3.32** | Nonpriority creditor's name and mailing address
**Delbert Nelson**
**7027 Five Oaks Drive**
**Harmony, FL 34773**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:   **Litigation**

Is the claim subject to offset? ☐ No ☐ Yes

**$5,350.00**

---

**3.33** | Nonpriority creditor's name and mailing address
**Derwin Blair, LLC**
**1363 Waikiki Court**
**Marco Island, FL 34145**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.34** | Nonpriority creditor's name and mailing address
**Duke Energy**
**P.O. Box 1004**
**Charlotte, NC 28201**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,160.07**

---

**3.35** | Nonpriority creditor's name and mailing address
**EagleView Technologies**
**Dept CH 16524**
**Palatine, IL 60055-6524**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$1,836.00**

---

**3.36** | Nonpriority creditor's name and mailing address
**Ehrlich**
**4580 Forlano Circle**
**North Port, FL 34291**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$222.60**

---

**3.37** | Nonpriority creditor's name and mailing address
**Enterprise Rent-A-Car**
**PO Box 801988**
**Kansas City, MO 64180**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$5,014.30**

---

| Debtor | **MAC MAR, LLC** | | Case number (if known) | **6:19-bk-05115-CCJ** |
|---|---|---|---|---|
| | Name | | | |

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$700.00** |
|---|---|---|---|
| | **Estimates Inc**<br>**8828 N Seaward Avenue**<br>**Portland, OR 97212-7352** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Trade debt__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30.00** |
|---|---|---|---|
| | **FDOT**<br>**PO Box 71237**<br>**Charlotte, NC 28272-1237** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Trade debt__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$52,305.58** |
|---|---|---|---|
| | **Federal Insurance Company**<br>**c/o John W. Reiss**<br>**Smith Moore Leatherwood**<br>**101 N Tryon, Suite 1300**<br>**Charlotte, NC 28246** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Litigation__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$345.00** |
|---|---|---|---|
| | **Florida Door Solutions**<br>**777 S Park Ave**<br>**Apopka, FL 32703** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Trade debt__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,776.32** |
|---|---|---|---|
| | **Florida Home Craft, LLC**<br>**209 Brentwood Drive**<br>**Chattanooga, TN 37415** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Trade debt__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$117.00** |
|---|---|---|---|
| | **Florida Keys Electric**<br>**3421 Overseas Hwy**<br>**Marathon, FL 33050** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Trade debt__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,573.73** |
|---|---|---|---|
| | **Florida Power & Light**<br>**General Mail Facility**<br>**Miami, FL 33188-0001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Trade debt__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **MAC MAR, LLC** | Case number (if known) | **6:19-bk-05115-CCJ** |
|---|---|---|---|
| | Name | | |

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24,701.74**

**Gerard and Gabriela Schoess**
**c/o Anthoy J. Dimora, Esq.**
**Woodward, Pires & Lombardo**
**3200 Tamiami Trail N #200**
**Naples, FL 34103**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Litigation__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$899.00**

**Groves Swimming Pool Service**
**3561 1st Avenue NW**
**Naples, FL 34120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,182.85**

**Gulf Coast Collection Bureau**
**5630 Marquesas Circle**
**Sarasota, FL 34233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**Gulf Coast Manufacturing**
**14429 SW 2nd Place**
**Suite G -30**
**Newberry, FL 32669**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$120,800.00**

**Hail 911**
**2390 Esplanade Drive**
**3rd Floor**
**Algonquin, IL 60102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,977.52**

**Hail Trace**
**101 E Hurd**
**Suite F**
**Edmond, OK 73034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$41,123.17**

**Helio's Collier LLC**
**9050 Pines Blvd #101**
**Pembroke Pines, FL 33024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Rent for Naples commercial lease of office space__
__located at 2975 Horseshoe Drive #300, Naples, Florida__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **MAC MAR, LLC** | | Case number (if known) | **6:19-bk-05115-CCJ** |
|---|---|---|---|---|
| | Name | | | |

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$56,555.00** |
|---|---|---|---|
| | **Heriberto Jimeniz Santis** | ☐ Contingent | |
| | **7815 Hart Drive** | ☐ Unliquidated | |
| | **Fort Myers, FL 33907** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | Basis for the claim:  **Trade debt** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,311.00** |
|---|---|---|---|
| | **Hershall Stalling** | ☐ Contingent | |
| | **3265 4th Street NW** | ☐ Unliquidated | |
| | **Naples, FL 34120** | ■ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Howard & Pamela Freedman** | ☐ Contingent | |
| | **c/o John W. Reiss** | ☐ Unliquidated | |
| | **Smith Moore Leatherwood** | ☐ Disputed | |
| | **101 N Tryon, Suite 1300** | | |
| | **Charlotte, NC 28246** | | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
|---|---|---|---|
| | **Jadar Komperud** | ☐ Contingent | |
| | **1918 SW 10th Place** | ☐ Unliquidated | |
| | **Cape Coral, FL 33990** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,384.38** |
|---|---|---|---|
| | **James E. Logan** | ☐ Contingent | |
| | **c/o Joseph E. Ujczo** | ☐ Unliquidated | |
| | **Vogel Law Office, P.A.** | ■ Disputed | |
| | **4099 Tamiami Trail N #200** | | |
| | **Naples, FL 34103** | | |
| | **Date(s) debt was incurred** _ | Basis for the claim:  **Litigation pending in Collier County** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$245.00** |
|---|---|---|---|
| | **Jay's Drywall** | ☐ Contingent | |
| | **1901 Courtyard Way** | ☐ Unliquidated | |
| | **#C-104** | ☐ Disputed | |
| | **Naples, FL 34112** | | |
| | **Date(s) debt was incurred** _ | Basis for the claim:  **Trade debt** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00** |
|---|---|---|---|
| | **Jeannette Maldonado** | ☐ Contingent | |
| | **4636 24th Place Southwest** | ☐ Unliquidated | |
| | **Naples, FL 34116** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | Basis for the claim:  **Trade debt** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **MAC MAR, LLC** | | Case number (if known) | **6:19-bk-05115-CCJ** |
|---|---|---|---|---|
| | Name | | | |

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,700.00** |
|---|---|---|---|
| | **John P. Sheehan**<br>**c/o James W. Aaron, Esq.**<br>**Aaron's Legal Center, P.A.**<br>**PO Box 3351**<br>**Sebring, FL 33871-3351** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Litigation__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$33,520.20** |
|---|---|---|---|
| | **Jose Chavez Construction**<br>**3907 Coronation Court**<br>**Orlando, FL 32839** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,266.57** |
|---|---|---|---|
| | **Josh Still, LLC**<br>**2539 Curtis Pike**<br>**Richmond, KY 40475** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,400.00** |
|---|---|---|---|
| | **King Seamless Gutters**<br>**1400 Allendale Road**<br>**Unit 3**<br>**West Palm Beach, FL 33405** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$266.49** |
|---|---|---|---|
| | **Lee Co Electric Cooperative**<br>**PO Box 31477**<br>**Tampa, FL 33631** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,139.97** |
|---|---|---|---|
| | **Lee County Electric Co**<br>**4941 Bayline Drive**<br>**North Fort Myers, FL 33917** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,000.00** |
|---|---|---|---|
| | **LRP Engineering,Inc.**<br>**1313 Blarnney Street**<br>**Minneola, FL 34715** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **MAC MAR, LLC** | Case number (if known) | **6:19-bk-05115-CCJ** |
|---|---|---|---|
| | Name | | |

**3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$250.00**
---|---|---|---

**M&B Hernandez Lawn Svcs**
**5209 Broward Street**
**Naples, FL 34113**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.67** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: Check all that apply.   **$126,173.34**

**Marcus Eytcheson Sales, LLC**
**1678 170th Street**
**Fairmont, MN 56031**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim:  **Default Final Judgment entered for litigation pending in Martin County, MN**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.68** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: Check all that apply.   **$128,935.32**

**Marcus Eythcheson Sales**
**1678 170th Street**
**Fairmont, MN 56031**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.69** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: Check all that apply.   **$5,050.00**

**Michael Cook**
**243 South Fine Street**
**Sebring, FL 33870**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim:  **Litigation**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.70** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: Check all that apply.   **$20,000.00**

**Mike Latona**
**c/o Jeffry S. Perlow, Esq.**
**5425 Park Central Court**
**Naples, FL 34109**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Deposit for roof**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.71** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: Check all that apply.   **$325,287.89**

**Mueller 13046**
**5547 National Turnpike**
**Louisville, KY 40214**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.72** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: Check all that apply.   **$22,000.00**

**Mueller 14286**
**5547 National Turnpike**
**Louisville, KY 40214**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?  ■ No  ☐ Yes

| Debtor | **MAC MAR, LLC** | Case number (if known) | **6:19-bk-05115-CCJ** |
|---|---|---|---|
| | Name | | |

---

**3.73** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,517.10**

**NAR Roofing, LLC**
**4280 Tamiami Trail E**
**Suite 302L**
**Naples, FL 34112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.74** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**National Floor Shine**
**5480 Citrus Hill Drive**
**Polk City, FL 33868**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.75** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$426.51**

**New Image Contracting**
**100 White Pine Court**
**Bowling Green, KY 42104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.76** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$44,658.95**

**Peyson, LLC**
**Attn: Dennis Smith**
**616 Fern Ave**
**Holly Hill, FL 32117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.77** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$85.00**

**Pool Solution of SW FL**
**PO Box 991136**
**Naples, FL 34116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.78** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,559.90**

**Premco**
**MW Premium Finance**
**PO BOX 19367**
**Kalamazoo, MI 49019-0367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.79** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$87,924.38**

**Ramirez Equipment Rental**
**1619 Wellington Drive**
**Columbia, TN 38401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **MAC MAR, LLC** | Case number (if known) | **6:19-bk-05115-CCJ** |
|---|---|---|---|
| | Name | | |

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$105,000.00** |
|---|---|---|---|

**Sachs Media Group, Inc.**
**c/o Ken Abele, Esq.**
**Ausley McMullen**
**PO Box 391**
**Tallahassee, FL 32302**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Litigation__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$32,664.06** |
|---|---|---|---|

**Stephen & Cathy Gomes**
**8652 Ibis Cove Circle**
**Naples, FL 34119**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Subrogation Demand__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$278.70** |
|---|---|---|---|

**Storage Zone**
**2323 Holly Hill Tank Road**
**Davenport, FL 33837**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,564.29** |
|---|---|---|---|

**Suncoast Roofing Supply**
**P.O. Box 405850**
**Atlanta, GA 30384-5850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$68,800.00** |
|---|---|---|---|

**Superior Home Energy**
**501 N. Orlando Ave**
**Suite 313-255**
**Winter Park, FL 32789**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$27,000.00** |
|---|---|---|---|

**Swiggle Media LLC**
**350 N Lake Destiny**
**Suite 200**
**Maitland, FL 32751**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$417.50** |
|---|---|---|---|

**Tajlon Brown**
**44423 W Yucca Lane**
**Maricopa, AZ 85138-4032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **MAC MAR, LLC** | Case number (if known) | **6:19-bk-05115-CCJ** |
|---|---|---|---|
| | Name | | |

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Tiger All Contractors Inc.**
**1824 W. Washington Street**
**Orlando, FL 32805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$583.56** |
|---|---|---|---|

**Tires Plus**
**3612 Tamiami Trail E**
**Naples, FL 34112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Tony Lanzone/One Way Roofing**
**c/o Ronnie D. Dykes, P.A.**
**55 NE 5th Avenue**
**Suite 500**
**Boca Raton, FL 33432**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Litigation__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,931.80** |
|---|---|---|---|

**Waste Connections of Florida**
 **PO Box 742695**
**Cincinnati, OH 45274-2694**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,200.00** |
|---|---|---|---|

**Zalbaleta Texture & Painting**
**7716 Silver Pointe Blvd**
**Apt. 101**
**Orlando, FL 32822**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Clinton D. Flagg, Esq.**<br>**Law Offices Clinton D. Flagg**<br>**Suite 111, Poinciana Pro**<br>**2640 Golden Gate Parkway**<br>**Naples, FL 34105** | Line __2.17__<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Frontline Insurance**<br>**PO Box 958405**<br>**Lake Mary, FL 32795-8405** | Line __3.81__<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **MAC MAR, LLC** | Case number (if known) | **6:19-bk-05115-CCJ** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | **Michael Cook**<br>**PO Box 669**<br>**Lake Placid, FL 33852** | Line **3.69**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Tony Lanzone**<br>**c/o Anthony J. Horky, P.A.**<br>**One Boca Place, Suite 324A**<br>**2255 Glades Road**<br>**Boca Raton, FL 33431** | Line **3.89**<br>☐ Not listed. Explain ____ | _ |

---

**Part 4:**    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 231,325.61 |
| 5b. Total claims from Part 2 | 5b. + | $ 3,750,074.75 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 3,981,400.36 |

**Fill in this information to identify the case:**

Debtor name   **MAC MAR, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   **6:19-bk-05115-CCJ**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases   **12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.**  State what the contract or lease is for and the nature of the debtor's interest<br><br>    State the term remaining<br><br>    List the contract number of any government contract | **Unexpired customer contract #A-3538 for $1,700.00**<br><br><br>**Adler Group Realty<br>2900 Horseshoe Drive N<br>Naples, FL 34104** |
| **2.2.**  State what the contract or lease is for and the nature of the debtor's interest<br><br>    State the term remaining<br><br>    List the contract number of any government contract | **Unexpired customer contract #A-3539 for $3,500.00**<br><br><br>**Adler Group Realty<br>2900 Horseshoe Drive N<br>Naples, FL 34104** |
| **2.3.**  State what the contract or lease is for and the nature of the debtor's interest<br><br>    State the term remaining<br><br>    List the contract number of any government contract | **Unexpired customer contract #A-3540 for $600.00**<br><br><br>**Adler Group Realty<br>2900 Horseshoe Drive N<br>Naples, FL 34104** |
| **2.4.**  State what the contract or lease is for and the nature of the debtor's interest<br><br>    State the term remaining<br><br>    List the contract number of any government contract | **Unexpired customer contract #A-3537 for $1,200.00**<br><br><br>**Adler Group Realty<br>2900 Horseshoe Drive N<br>Naples, FL 34104** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **MAC MAR, LLC** | | | Case number *(if known)* | **6:19-bk-05115-CCJ** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest

**Unexpired customer contract #A-2283 for $30,000.00**

State the term remaining

List the contract number of any government contract

Alberto Interian Jr.
160 Bonita Court
Marco Island, FL 34145

**2.6.** State what the contract or lease is for and the nature of the debtor's interest

**Unexpired customer contract #A-2890 for $16,937.50**

State the term remaining

List the contract number of any government contract

Anissa Santiago
2740 14th Ave SW
Naples, FL 34117

**2.7.** State what the contract or lease is for and the nature of the debtor's interest

**Unexpired customer contract #A-2694 for $11,500.00**

State the term remaining

List the contract number of any government contract

Antoine Kirnon
2685 31st Ave NE
Naples, FL 34120

**2.8.** State what the contract or lease is for and the nature of the debtor's interest

**Unexpired customer contract #A-3444 for $48,025.00**

State the term remaining

List the contract number of any government contract

Bart McFarland
24 Pelican Street W
Naples, FL 34113

**2.9.** State what the contract or lease is for and the nature of the debtor's interest

**Unexpired customer contract #A-3309 for $127,297.64**

State the term remaining

List the contract number of any government contract

Brenda & Scott Wall
2150 Cypress Creek Drive
Alva, FL 33920

**2.10.** State what the contract or lease is for and the nature of the debtor's interest

**Unexpired customer contract #A-3117 for $21,837.00**

State the term remaining

List the contract number of any

Carol Swinehart
310 SE 23rd Street
Cape Coral, FL 33990

| Debtor 1 | **MAC MAR, LLC** | | | Case number *(if known)* | **6:19-bk-05115-CCJ** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for office space at 17102 Alico Center Road, Fort Myers, FL** | |
|---|---|---|---|
| | State the term remaining | **thorough October 15, 2019** | **Cavalico LLC** |
| | List the contract number of any government contract | | **Attn: D Squared Construction 17102 Alico Center Road #6 Fort Myers, FL 33967** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Unexpired customer contract #A-3420 for $78,777.54** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Christine Hightower 5641 Harborage Drive Fort Myers, FL 33908** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Unexpired customer contract #A-3053 for $44,150.00** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Claire Whelan 661 Seneca Ave NW Lake Placid, FL 33852** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Unexpired customer contract #A-3379 for $68,917.78** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Clevelan Rochester 1427 Scenic Street Lehigh Acres, FL 33936** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Unexpired customer contract #A-3288 for $31,620.00** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Collier Child Care Resources 3144 Santa Barbara Blvd Naples, FL 34116** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Unexpired customer contract #A-3126 for $18,802.99** | **Dan Geldreich 791 22nd Street NE Naples, FL 34120** |
|---|---|---|---|

Debtor 1   **MAC MAR, LLC**
_____
First Name         Middle Name         Last Name

Case number *(if known)*   **6:19-bk-05115-CCJ**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | _____ |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Unexpired customer contract #A-2876 for $17,391.77** | |
|---|---|---|---|
| | State the term remaining | | **Daniel Doucet** |
| | List the contract number of any government contract | _____ | **3316 Potomac Court** **Naples, FL 34120** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Unexpired customer contract #A-3394 for $43,800.00** | |
|---|---|---|---|
| | State the term remaining | | **Darren Freedman** |
| | List the contract number of any government contract | _____ | **14933 Indigo Lakes Drive** **Naples, FL 34119** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Unexpired customer contract #A-2829 for $22,500.00** | |
|---|---|---|---|
| | State the term remaining | | **David Nowack** |
| | List the contract number of any government contract | _____ | **12730 Eagle Road** **Cape Coral, FL 33909** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Unexpired customer contract #A-2750 for $40,827.24** | |
|---|---|---|---|
| | State the term remaining | | **Diane Murelli** |
| | List the contract number of any government contract | _____ | **6915 Mauna Loa Lane** **Naples, FL 34113** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Unexpired customer contract #A-3140 for $10,178.75** | |
|---|---|---|---|
| | State the term remaining | | **Dinetta Thompson** |
| | List the contract number of any government contract | _____ | **1503 Truman Ave** **Lehigh Acres, FL 33972** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor 1 | **MAC MAR, LLC** | | Case number (*if known*) | **6:19-bk-05115-CCJ** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.22.** State what the contract or lease is for and the nature of the debtor's interest — **Unexpired customer contract #A-2900 for $46,520.44**

State the term remaining

List the contract number of any government contract

**Don Marble**
**1310 Auburndale Ave**
**Marco Island, FL 34145**

---

**2.23.** State what the contract or lease is for and the nature of the debtor's interest — **Unexpired customer contract #A-3221 for $15,660.10**

State the term remaining

List the contract number of any government contract

**Ed Lucas**
**5201 Beauty Street**
**Lehigh Acres, FL 33971**

---

**2.24.** State what the contract or lease is for and the nature of the debtor's interest — **Unexpired customer contract #A-2285 for $24,701.74**

State the term remaining

List the contract number of any government contract

**Gerhard Schoess**
**1524 Kingston Court**
**Marco Island, FL 34145**

---

**2.25.** State what the contract or lease is for and the nature of the debtor's interest — **Residential Lease for 3200 Lakeview, Sebring, FL**

State the term remaining

List the contract number of any government contract

**Harekrishna Investments, LLC**
**c/o Dan DeBono**
**207 #2 North Main Ave**
**Lake Placid, FL 33852**

---

**2.26.** State what the contract or lease is for and the nature of the debtor's interest — **Unexpired customer contract #A-3170 for $59,446.50**

State the term remaining

List the contract number of any government contract

**Helen Rhoades**
**7826 Naples Heritage Drive**
**Naples, FL 34112**

---

**2.27.** State what the contract or lease is for and the nature of the debtor's interest — **Commercial Lease for 2975 Horseshoe Drive South, Suite 300, Naples, FL 34101**

State the term remaining

List the contract number of any

**Helios Colliers, LLC**
**9050 Pines Blvd**
**Suite 101**
**Pembroke Pines, FL 33024**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1  **MAC MAR, LLC**

First Name          Middle Name          Last Name

Case number (*if known*)  **6:19-bk-05115-CCJ**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Commercial Lease for office space at Collier Park of Commerce, 2975 Horseshoe Drive South #300, Naples, FL through September 30, 2022** | **Helios Colliers, LLC<br>905 Pines Blvd #101<br>Pembroke Pines, FL 33024** |
|---|---|---|---|
| 2.29. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Unexpired customer contract #A-2802 for $14,843.59** | **Ion Property 3 Radu<br>460 Jung Blvd West<br>Naples, FL 34116** |
| 2.30. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Unexpired customer contract #A-2776 for $8,680.39** | **James Steele<br>24543 Amarillo Drive<br>Bonita Springs, FL 34135** |
| 2.31. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Unexpired customer contract #A-2995 for $87,295.00** | **Jamie Reyes<br>6725 Mill Run Circle<br>Naples, FL 34109** |
| 2.32. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Unexpired customer contract #A-3311 for $11,449.32** | **Jan Montizaan<br>580 18th Street SE<br>Naples, FL 34117** |

Debtor 1   **MAC MAR, LLC**
First Name        Middle Name        Last Name

Case number (*if known*)   **6:19-bk-05115-CCJ**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.33. State what the contract or lease is for and the nature of the debtor's interest | **Unexpired customer contract #A-3024 for $80,109.24** |
|     State the term remaining | |
|     List the contract number of any government contract | **Jim Logan<br>1996 Winding Oaks Way<br>Naples, FL 34109** |
| 2.34. State what the contract or lease is for and the nature of the debtor's interest | **Unexpired customer contract #A-2948 for $4,450.00** |
|     State the term remaining | |
|     List the contract number of any government contract | **Joe & Claudette Iovino<br>8165 Tauren Court<br>Naples, FL 34119** |
| 2.35. State what the contract or lease is for and the nature of the debtor's interest | **Unexpired customer contract #A-3132 for $16,100.00** |
|     State the term remaining | |
|     List the contract number of any government contract | **Joe Kalush<br>184 Riverwood Road<br>Naples, FL 34114** |
| 2.36. State what the contract or lease is for and the nature of the debtor's interest | **Unexpired customer contract #A-2970 for $9,235.00** |
|     State the term remaining | |
|     List the contract number of any government contract | **John & Laura Carlucci<br>16551 Wildcat Drive<br>Fort Myers, FL 33913** |
| 2.37. State what the contract or lease is for and the nature of the debtor's interest | **Unexpired customer contract #A-3448 for $41,478.00** |
|     State the term remaining | |
|     List the contract number of any government contract | **Joyce Collins<br>7747 Citrus Hill Lane<br>Naples, FL 34109** |
| 2.38. State what the contract or lease is for and the nature of the debtor's interest | **Unexpired customer contract #A-2966 for $35,000** |
|     State the term remaining | |
|     List the contract number of any | **Kathy Burkhardt<br>2415 58th Avenue NE<br>Naples, FL 34120** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **MAC MAR, LLC** | | Case number (*if known*) | **6:19-bk-05115-CCJ** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | | |
|---|---|---|---|

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Unexpired customer contract #A-3343 for $38,000.00** | |
|---|---|---|---|
| | State the term remaining | | **Kerstin Koenig** |
| | List the contract number of any government contract | | **11023 Linnet Lane** |
| | | | **Naples, FL 34119** |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Unexpired customer contract #A-3378 for $16,500.00** | |
|---|---|---|---|
| | State the term remaining | | **Kevin Zunti/Gunther Schmidt** |
| | List the contract number of any government contract | | **215 Albatross Street** |
| | | | **Fort Myers Beach, FL 33931** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Unexpired customer contract #A-3293 for $28,595.86** | |
|---|---|---|---|
| | State the term remaining | | **Kimberly Rodekurt** |
| | List the contract number of any government contract | | **4546 40th Street NE** |
| | | | **Naples, FL 34120** |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Unexpired customer contract #A-3014 for $10,268.00** | |
|---|---|---|---|
| | State the term remaining | | **Lizette & Lee Froloff** |
| | List the contract number of any government contract | | **5234 28Th Place SW** |
| | | | **Naples, FL 34116** |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Unexpired customer contract #A-3470 for $11,000.00** | |
|---|---|---|---|
| | State the term remaining | | **Maria Ramos** |
| | List the contract number of any government contract | | **601 101st Ave N** |
| | | | **Naples, FL 34108** |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Unexpired customer contract #A-3469 for $65,829.48** | **Matt Myeser** |
|---|---|---|---|
| | | | **4300 Bunker Drive** |
| | | | **Sebring, FL 33872** |

Debtor 1    **MAC MAR, LLC**
　　　　First Name　　　　Middle Name　　　　Last Name

Case number (*if known*)    **6:19-bk-05115-CCJ**

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Unexpired customer contract #A-2831 for $14,735.71** | |
|---|---|---|---|
| | State the term remaining | | **Max Desir** |
| | List the contract number of any government contract | | **164 Plantation Circle** **Naples, FL 34104** |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Unexpired customer contract #A-3296 for $92,931.24** | |
|---|---|---|---|
| | State the term remaining | | **Naples Bay Club** |
| | List the contract number of any government contract | | **800 River Point Drive** **Naples, FL 34102** |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Unexpired customer contract #A-3012 for $8,799.60** | |
|---|---|---|---|
| | State the term remaining | | **Nataliya Kuzina** |
| | List the contract number of any government contract | | **8461 Coral Drive** **Fort Myers, FL 33967** |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Unexpired customer contract #A-3424 for $33,507.28** | |
|---|---|---|---|
| | State the term remaining | | **Neil Taylor** |
| | List the contract number of any government contract | | **316 Hidden Palms Drive** **Davenport, FL 33897** |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Unexpired customer contract #A-3325 for $53,000.00** | |
|---|---|---|---|
| | State the term remaining | | **Norman & Mary Jweid** |
| | List the contract number of any government contract | | **1341 8th Street NE** **Naples, FL 34120** |

| Debtor 1 | **MAC MAR, LLC** | | | Case number (*if known*) | **6:19-bk-05115-CCJ** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.50.** State what the contract or lease is for and the nature of the debtor's interest — **Unexpired customer contract #A-3358 for $56,993.71**

State the term remaining

List the contract number of any government contract

**Phillip and Terre Moore**
**4891 Rustic Oaks Circle**
**Naples, FL 34105**

---

**2.51.** State what the contract or lease is for and the nature of the debtor's interest — **Unexpired customer contract #A-3326 for $25,500.00**

State the term remaining

List the contract number of any government contract

**Premier Property Management**
**4075 Belair Lane**
**Naples, FL 34103**

---

**2.52.** State what the contract or lease is for and the nature of the debtor's interest — **Unexpired customer contract #A-2798 for $11,350.00**

State the term remaining

List the contract number of any government contract

**Regina Gibson**
**5217 Caldwell Street**
**Naples, FL 34113**

---

**2.53.** State what the contract or lease is for and the nature of the debtor's interest — **Unexpired customer contract #A-3199 for $66,063.25**

State the term remaining

List the contract number of any government contract

**Robert Mackett**
**7822 Founders Circle**
**Naples, FL 34104**

---

**2.54.** State what the contract or lease is for and the nature of the debtor's interest — **Unexpired customer contract #A-3006 for $10,425.68**

State the term remaining

List the contract number of any government contract

**Ruthie Bohnert**
**163 Doral Circle**
**Naples, FL 34113**

---

**2.55.** State what the contract or lease is for and the nature of the debtor's interest — **Unexpired customer contract #A-3364 for $9,450.00**

State the term remaining

List the contract number of any

**Steve Crafton**
**1 Lely High School Blvd**
**Naples, FL 34113**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **MAC MAR, LLC** | | | Case number *(if known)* | **6:19-bk-05115-CCJ** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **Unexpired customer contract #A-3030 for $5,000.00; priority creditor with refund due** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Susana Paita-Benavides**<br>**5422 Trammel Street**<br>**Naples, FL 34113** |
| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **Unexpired customer contract #A-2909 for $48,837.00** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Sylvia Windisch**<br>**20322 Ardore Lane**<br>**Estero, FL 33928** |
| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **Unexpired customer contract #A-3331 for $11,797.50** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Thomas Conley**<br>**1544 Middle Gulf Drive**<br>**Sanibel, FL 33957** |
| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **Unexpired customer contract #A-2487 for $27,482.00** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Thomas Turton**<br>**5680 Burr Oaks Lane**<br>**Naples, FL 34119** |
| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **Unexpired customer contract (primary residence) #A-3320 for $25,000.00** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Tino Chaviano**<br>**2250 Havanna Ave**<br>**Fort Myers, FL 33905** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor 1 | **MAC MAR, LLC** | | Case number *(if known)* | **6:19-bk-05115-CCJ** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **Unexpired customer contract #A-3229 for $42,447.62** | |
|---|---|---|---|
| | State the term remaining | | **Trevor Gardner** |
| | List the contract number of any government contract | | **3316 Potomac Court** **Naples, FL 34120** |

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | **Unexpired customer contract #A-3418 for $43,250.00** | |
|---|---|---|---|
| | State the term remaining | | **Virginia Bowman** |
| | List the contract number of any government contract | | **120 Tahiti Street** **Naples, FL 34113** |

**Fill in this information to identify the case:**

Debtor name      **MAC MAR, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **6:19-bk-05115-CCJ**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                             12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Afforable Renovations Claims** | | **Federal Insurance Company** | ☐ D ____<br>■ E/F ___3.40___<br>☐ G ____ |
| 2.2 | **Amanda Lairsey** | **725 Cool Springs Blvd Suite 600 Franklin, TN 37067** | **Associated Materials, Inc.** | ☐ D ____<br>■ E/F ___3.9___<br>☐ G ____ |
| 2.3 | **Chris Dutruch** | **1585 Kennesaw Drive Clermont, FL 34711** | **Associated Materials, Inc.** | ☐ D ____<br>■ E/F ___3.9___<br>☐ G ____ |
| 2.4 | **Chris Dutruch** | **1585 Kennesaw Drive Clermont, FL 34711 Chris Dutruch, LLC** | **Federal Insurance Company** | ☐ D ____<br>■ E/F ___3.40___<br>☐ G ____ |
| 2.5 | **John David Boggs** | **4602 Mud Lane Louisville, KY 40229** | **Cavalico LLC** | ☐ D ____<br>■ E/F ___3.15___<br>☐ G ____ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **MAC MAR, LLC** | Case number *(if known)* | **6:19-bk-05115-CCJ** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | **John David Boggs** | **4602 Mud Lane**<br>**Louisville, KY 40229**<br>**David Boggs, LLC** | **Federal Insurance Company** | ☐ D _____<br>■ E/F ___3.40___<br>☐ G _____ |
| 2.7 | **David Boggs** | **1585 Kennesaw Drive**<br>**Clermont, FL 34711** | **Cavalico LLC** | ☐ D _____<br>☐ E/F _____<br>■ G ___2.11___ |